**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> & <br><br> STATE OF MAINE, <br><br> Plaintiffs, <br><br> v. <br><br> THE OPPORTUNITY ALLIANCE <br><br> Defendant. | No. 2:25-cv-00266-JCN |

**NOTICE OF SETTLEMENT**

NOW COME Plaintiffs, the United States of America (the "United States"), on behalf of its agency the U.S. Department of Health and Human Services ("HHS"), and the State of Maine ("Maine"), on behalf of its agency the Maine Department of Health and Human Services ("Maine DHHS") (together, "Plaintiffs"), and hereby file and provide notice of the full and complete settlement of the instant action pursuant to the terms of the executed Settlement Agreement attached hereto. Pursuant to Local Rule 41.1 of this Court, Plaintiff will execute and file the papers necessary to terminate this action as of record within 30 days.

Dated: June 2, 2025                         Respectfully Submitted,

                                                                            CRAIG M. WOLFF
                                                                            Acting United States Attorney

                                    By:   */s/ James D. Concannon*
                                                     James D. Concannon
                                                     Assistant United States Attorney
                                                     U.S. Attorney's Office
                                                     100 Middle Street
                                                     Portland, ME 04101
                                                     (207) 780-3257
                                                     James.concannon@usdoj.gov
                                                     *On behalf of the United States*


DATED: June 2, 2025                          AARON M. FREY
                                                         Attorney General for the State of Maine


                                                     BY: */s/ John P. Burke*
                                                     John P. Burke
                                                     Assistant Attorney General
                                                     Healthcare Crimes Unit
                                                     6 State House Station
                                                     Augusta, ME 04333
                                                     (207) 626-8804
                                                     William.Savage@maine.gov
                                                     *On behalf of the State of Maine*

## CERTIFICATE OF SERVICE

      I certify that on June 2, 2025, I caused a copy of the foregoing to be filed with the Court, which will cause service to be made upon all counsel of record in this case.

      Respectfully Submitted,

      CRAIG M. WOLFF
      Acting United States Attorney

By:   */s/ James D. Concannon*
      James D. Concannon
      Assistant United States Attorney
      U.S. Attorney's Office
      100 Middle Street
      Portland, ME 04101
      (207) 780-3257
      James.concannon@usdoj.gov